IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                CASE NO. 3: 99CR306-06(PG)

PEDRO ILLAS-PELLOT
**************************************

MOTION NOTIFYING SUPERVISED
RELEASE VIOLATIONS, REQUEST FOR
AN ORDER TO SHOW CAUSE HEARING
AND TOLLING OF SUPERVISION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**COMES NOW, Benjamín Bonilla-López, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Pedro Illas-Pellot, who was sentenced on May 30, 2001, to sixty-three (63) months of imprisonment to be followed by a four (4) year supervised release term after he plead guilty of violating Title 21 U.S.C. § 846. A Special Monetary Assessment of $100 was imposed and he was also ordered to submit to urinalyses. Mr. Illas-Pellot was released on June 10, 2005, at which time the supervision term began.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the following supervision conditions:

**1) VIOLATION OF A STANDARD CONDITION - "WHILE ON SUPERVISED RELEASE THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME. THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROL SUBSTANCE."**

On May 13, 2005, Mr. Illas-Pellot was arrested by Puerto Rico Police Department Agents and charged with violations to the Puerto Rico Controlled Substances Law. On November 3, 2006,

he plead guilty of committing such crime and was sentenced to one (1) year of imprisonment. He is currently serving the said sentence at the Sabana Hoyos Correctional Camp, in the town of Arecibo.

**Wherefore**, I declare under penalty of perjury the foregoing is true and correct and, in light of the aforementioned violations incurred by Mr. Illas-Pellot, it is respectfully requested that his term of supervision be tolled and that Mr. Juan Diaz-Pagan, Warden of the Sabana Hoyos Correctional Camp, be ordered to produce this offender before this Honorable Court to show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 5th day of March 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 5, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose Ruiz, Assistant U.S. Attorney and to Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 5th day of March 2007.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov
