IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES DISTRICT COURT | |
|---|---|
| vs | CASE NO. 3: 99CR306-06(PG) |
| **PEDRO ILLAS-PELLOT** | |

### ORDER TO SHOW CAUSE

Upon petition of Benjamín Bonilla, U.S. Probation Officer of this Honorable Court, alleging that releasee, **Pedro Illas-Pellot**, has failed to comply with his conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _March 23_, 2007 at _9:00AM_ ____ to show cause, if there be any reason why his supervised release term should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing; releasee will be entitled:

1. **To the disclosure of evidence against him.**
2. **To present evidence in his own behalf.**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel.**

The Clerk shall issue a Writ of Habeas Corpus ordering the Warden of the Sabana Hoyos Corrections Camp, in Arecibo, Puerto Rico, to release Mr. Illas-Pellot to the custody of the U.S. Marshal Service, so that he may appear in court. A copy of the order shall be provided to counsel for releasee and for the government.

**IT IS ORDERED.**

In San Juan, P.R. this _6th_ day of _March_ 2007.

Juan M. Perez-Gimenez
Senior U.S. District Judge