# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**  \*

\*

    **vs.**  \*  **CRIM. 99-306-06 (PG)**

\*

**PEDRO ILLAS PELLOT**  \*

\*

-------------------------------------------------------  \*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    The United States Marshals and/or any of his Deputies
and Warden of the Sabana Hoyos Correctional Camp
Arecibo, Puerto Rico

    We command you, the Warden of the Sabana Hoyos Correctional Camp, Arecibo, Puerto Rico, to release **PEDRO ILLAS PELLOT** to the custody of the U.S. Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, U.S. Marshal for the District of Puerto Rico, to have the body of **PEDRO ILLAS PELLOT**, and take him under your custody under safe and secure conduct, and remove the said **PEDRO ILLAS PELLOT** forthwith and bring him before the nearest U.S. Magistrate Judge on duty at the Federal Courthouse Building, Hato Rey, Puerto Rico, to answer a Supervised Release Violation as requested by the U.S. Probation Officer Benjamin Bonilla Lopez  in the motion filed on March 5, 2007, and any subsequent days thereafter, and that you safely and securely return said **PEDRO ILLAS PELLOT**, to the custody of the Warden, of the Sabana Hoyos Correctional Camp, Arecibo, Puerto Rico.

2

WITNESS the Honorable Juan M. Perez Gimenez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 9th day of March, 2007


FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

S/ *OMAR FLAQUER MENDOZA*
OMAR FLAQUER MENDOZA
Case Manager/Courtroom Deputy Clerk

A/cs: 2 USM
s/c: USM, U.S. Probation Officer José Soto