UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

Vs.

**ILLAS-PELLOT, Pedro E.**

99-CR-306-06   (PG)

# ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, Senior United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this May 22, 2007.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Felix Toledo
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: